[No. 38777-4-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08028-2, JoAnne Alumbaugh, J., entered May 24, 1996. *Reversed* by unpublished per curiam opinion.

[No. 39036-8-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. VU HOANG QUACH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-03068-8, Anthony P. Wartnik, J., entered July 11, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 14129-2-III.    Division Three.    March 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN OLIVER NUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 93-1-00073-3, Ted Kolbaba, J., entered May 23, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 14679-1-III.    Division Three.    March 25, 1997.]

KACHESS COMMUNITY ASSOCIATION, *Appellant*, v. STEVEN HIX, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 93-2-00088-2, Michael E. Cooper, J., entered January 30, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Kurtz and Brown, JJ.